UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOJO DEOGRACIAS EJONGA,

Plaintiff,

v.

CHERYL STRANGE, *et al.*,

Defendants.

CASE NO. 2:21-cv-01004-RJB-JRC

ORDER GRANTING MOTION FOR EXTENSION

This matter is before the Court on referral from the district court and on plaintiff's motion for an extension of time to file a response to defendants' motion to dismiss. *See* Dkt. 90. Plaintiff has already filed his response. *See* Dkt. 95.

Plaintiff seeks an extension because he had limited access to the law library due to COVID-19 restrictions, medical appointments, and issues with filing double-sided documents. *See generally* Dkt. 90. Defendants oppose the extension because the Court previously extended plaintiff's time to respond and because plaintiff did not timely file his motion for an extension. *See* Dkt. 94 at 1–2.

ORDER GRANTING MOTION FOR EXTENSION - 1

1  The Court finds that plaintiff has shown unforeseen circumstances prevented plaintiff
2  from timely filing the response or requesting an extension. The Court prefers to decide the
3  motion on the merits and sees no prejudice to defendants in considering plaintiff's response.
4  Accordingly, plaintiff's motion for an extension is granted. Dkt. 90. However, the Court will
5  provide defendants an opportunity to file a reply. Any such reply must be filed by August 19,
6  2022. The Court directs the Clerk to renote defendants' motion to dismiss to August 19, 2022.
7  Dkt. 67.

8  Dated this 15th day of August, 2022.

J. Richard Creatura
Chief United States Magistrate Judge