UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOJO DEOGRACIAS EJONGA,

          Plaintiff,

    v.

CHERYL STRANGE, *et al.*,

          Defendants.

CASE NO. 2:21-cv-01004-RJB-JRC

ORDER DIRECTING SERVICE

This matter is before the Court on referral from the district court and on this Court's order to show cause. *See* Dkt. 100.

The Court ordered plaintiff to provide a complete address for defendant Alex Watanabe because the Court was unable to serve this defendant on plaintiff's behalf. *See* Dkt. 100. Plaintiff responded to the Court's order and provided a new address for defendant Watanabe. *See* Dkt. 102 at 2 (listing the following address: 16920 24th PL NE, Snohomish, WA 98290). Accordingly, the Clerk is directed to send defendant Watanabe, at the address listed in Dkt. 102,

1 | a copy of plaintiff's amended complaint (Dkt. 65), two copies of the notice of lawsuit and request
2 | for waiver of service of summons, and a waiver of service of summons.
3 |     Dated this 12th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge