UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHERYL STRANGE; MICHAEL OBENLAND; ERIC JACKSON; JOHN DOE; CAROL SMITH; JANE DOE; JACK WARNER; LEE STEMLER; ALEX WANTANBE; ARBEN KULLOJKA; JON DOE,<br><br>　　　　　　　　Defendants. | CASE NO. 2:21-cv-01004-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE |

　　This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge J. Richard Creatura (Dkt. 101) and the Plaintiff's motion for an extension of time to file a response to the Defendants' objections (Dkt. 104). The Court has considered the Report and Recommendation, objections to the Report and Recommendation, the pleadings filed regarding the motion, and the file herein.

　　On August 30, 2022, the Report and Recommendation was filed, recommending that Defendants Jackson, Obenland, Strange and Warner's motion to dismiss Plaintiff's Eighth

ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE - 1

1  Amendment claim be denied and that the motion to drop Defendants Smith, Warner, Stemler,

2  Wantanbe and Kullojka as misjoined be denied.  Dkt. 101.  The Defendants filed objections to

3  the Report and Recommendation.  Dkt. 104.  The Plaintiff filed a motion for a six-day extension

4  of time to file a response to the Defendants' objections (Dkt. 104) and then filed the response

5  (Dkt. 107).

6      **Motion for Extension of Time**.  Pursuant to Fed. R. Civ. P. 16, the Court may grant an

7  extension of time for good cause.  The Plaintiff's motion for a six-day extension of time (Dkt.

8  104) should be granted.  He has stated sufficient good cause.  His response to the Defendants'

9  objections (Dkt. 107) should be considered.

10     **Report and Recommendation and Defendants' Objections.**  The Report and

11 Recommendation should be adopted and the Defendants' motions (Dkts. 67 and 69) should be

12 denied.  The Defendants maintain in their objections that the Plaintiff's Eighth Amendment

13 claim should be dismissed because he has failed to state a claim and because they are entitled to

14 qualified immunity.  Dkt. 103.  As stated in the Report and Recommendation, the Plaintiff has

15 plausibly stated a claim for violation of his Eighth Amendment rights and, at this point in the

16 litigation, the Defendants are not entitled to qualified immunity (which can be raised, if

17 appropriate, by a motion for summary judgment).

18     The Defendants further object to the Report and Recommendation's recommendation that

19 the newly joined parties remain in the case.  Dkt. 103.  They contend it is a "violation of the

20 separation of powers" - between the Congressionally set fee requirements in the Prison Litigation

21 Reform Act ("PLRA") and this Court - to allow the Plaintiff to amend his complaint and add

22 these new parties and claims.  *Id.*  They also argue that it is a violation of Fed. R. Civ. P. 20,

23 "Permissive Joinder of Parties," to allow these new parties to remain in the case.  *Id.*  As stated in

24

ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE - 2

the Report and Recommendation, the Defendants read the PLRA and Rule 20 too narrowly. Construing the complaint liberally, the claims are plausibly related and all deal with the Defendants' responses to COVID-19 and their treatment of the Plaintiff.  The Report and Recommendation should be adopted and the newly added parties and claims should not be dropped.

**Re-referring Case**.  This case and all pending motions should be re-referred to Judge Creatura for further proceedings.

## ORDER

Therefore, it is hereby **ORDERED** that:

- The Plaintiff's motion for a six-day extension of time (Dkt. 104) **IS GRANTED**;
- The Report and Recommendation (Dkt. 101) **IS ADOPTED**;
    - The Defendants' motions (Dkts. 67 and 69) **ARE DENIED**; and
- The case and all pending motions **ARE RE-REFERRED** to Judge Creatura for further proceedings.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 19th day of October, 2022.

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND RE-REFERRING CASE - 3