UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOJO DEOGRACIAS EJONGA,

              Plaintiff,

    v.

CHERYL STRANGE, *et al.*,

              Defendants.

CASE NO. 2:21-cv-01004-RJB-JRC

ORDER DIRECTING SERVICE

      This matter is before the Court on referral from the district court. The Court ordered plaintiff to provide a complete address for defendant Alex Watanabe because the Court was unable to serve this defendant on plaintiff's behalf. *See* Dkt. 100. Plaintiff responded to the Court's order and provided a new address for defendant Watanabe. *See* Dkt. 102. The Court directed service to that new address on October 12, 2022. *See* Dkt. 108. The mailing was returned as undeliverable on October 19, 2022. *See* Dkt. 110 (stating that defendant Watanabe was not at that address).

1  On October 25, 2022, plaintiff filed a notice acknowledging the returned mail and providing another address for defendant Watanabe. *Se* Dkt. 113. Plaintiff claims he received assistance from "some within the legal community" and located defendant Watanabe's current address in Arkansas. *See id.* at 2. Accordingly, the Clerk is directed to send defendant Watanabe, at the address listed in Dkt. 113 at 2, a copy of plaintiff's amended complaint (Dkt. 65), two copies of the notice of lawsuit and request for waiver of service of summons, and a waiver of service of summons.

Dated this 2nd day of November, 2022.

J. Richard Creatura
Chief United States Magistrate Judge