1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA, | CASE NO. 2:21-cv-01004-RJB-GJL |
| Plaintiff, | ORDER SETTING CASE FOR TRIAL |
| v. | |
| ALEX WATANABE, | |
| Defendant. | |

12

13

14

15

16       It appears that all issues in this case have been resolved except for Plaintiff's First

17 Amendment retaliation claim against Defendant Watanabe.  Accordingly, that claim should now

18 be set for a jury trial, and pretrial and settlement issues should be addressed.

19                      TRIAL AND PRETRIAL DATES AND DEADLINES

20       Therefore, this matter is hereby set for a jury trial on January 29, 2024 at 9:30 a.m. and

21 the final Pretrial Conference is hereby set on January 19, 2024 at 1:30 p.m.; and the following

22 pretrial deadlines are set:  Motions *in Limine*, if any, must be filed by December 26, 2023; a

23

24

ORDER SETTING CASE FOR TRIAL - 1

proposed Pretrial Order, trial briefs, proposed voir dire and proposed jury instructions must be filed by January 8, 2024.

SETTLEMENT

Plaintiff and Defendant's counsel shall confer over settlement possibilities as soon as possible.  If discussions do not lead to a settlement, and only if both sides agree, the Court can request that a Magistrate Judge conduct further settlement discussions.  If such Magistrate Judge discussions are desired, the Court should be so informed on or before December 1, 2023.

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 24th day of October, 2023.

ROBERT J. BRYAN
United States District Judge

ORDER SETTING CASE FOR TRIAL - 2