UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>      Plaintiff,<br> v.<br><br>ALEX WATANABE,<br><br>      Defendant. | CASE NO. 2:21-cv-01004-DGE<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, United States District Judge David G. Estudillo:

  Before the Court are the Parties' motions in limine, Docket Numbers 170, 172.  Both are noted for November 18, 2022.  (*See* Dkt. Nos. 170, 173); *See* LCR 7(d)(5).  However, this date falls just four business days before the pre-trial conference, set for November 22, 2024.  (*See* Dkt. No. 167.)  Due to the complexity of the issues raised, the Court ORDERS the parties to each submit their responsive briefs by November 12, 2024.  The Clerk is directed to re-note the

MINUTE ORDER - 1

motions (Dkt. Nos. 170, 172) for November 12, 2024.  Per LCR 7(d)(5), no reply briefs will be accepted.

Dated this 30th day of October, 2024.

The foregoing Minute Order authorized by THE HONORABLE DAVID G. ESTUDILLO, UNITED STATES DISTRICT JUDGE.

MINUTE ORDER - 2