HONORABLE JUDGE DAVID G. ESTUDILLO

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| JOJO DEOGRACIAS EJONGA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ALEX WATANABE,<br><br>　　　　　Defendant. | NO. 2:21-cv-01004-DGE<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I.　STIPULATED MOTION TO DISMISS

Plaintiff, by and through his attorneys, and Defendant, by and through her attorneys, hereby move the Court for entry of the attached Agreed Order of Dismissal, dismissing Plaintiffs' Amended Complaint with prejudice and providing additional relief in accordance with the parties' Release and Settlement Agreement, attached hereto as **Exhibit 1**. As grounds thereof, Plaintiff and Defendant state that they have mutually agreed to a resolution of this matter.

WHEREFORE, the parties pray for an order granting the relief requested herein.

Respectfully Submitted this 13th day of January, 2025.

| s/ Aaron Williams | s/ Brennen Johnson |
|---|---|
| AARON WILLIAMS, WSBA #46044<br>SEAN BRITTAIN, WSBA #36804<br>Assistant Attorneys General<br>Aaron.Williams@atg.wa.gov<br>Sean.Brittain@atg.wa.gov | BRENNEN JOHNSON, WSBA #51665<br>KATHLEEN CRADDOCK, WSBA #54655<br>brennen@demaineseeberger.com<br>kate@demaineseeberger.com |
| Attorneys for Defendant | Attorneys for Plaintiff |

STIPULATED MOTION AND ORDER OF DISMISSAL WITH PREJUDICE
NO. 2:21-cv-01004-DGE

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445

## II. AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to enter an order of dismissal in accordance with the terms of their Release and Settlement Agreement.

**IT IS HEREBY ORDERED:**

1. The parties' stipulated motion for an order of dismissal is **GRANTED;** and

2. This case is dismissed, with prejudice.  The Clerk shall close the case.

DATED this 14th day of January, 2025.

David G. Estudillo
United States District Judge

STIPULATED MOTION AND ORDER
OF DISMISSAL WITH
PREJUDICE
NO. 2:21-cv-01004-DGE

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445